UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUHAIL ALI, SHALAN ALMANSOOB, QASEM SALEH, and KASSEM DUBAISHI, on behalf of themselves and all other persons similarly situated, known and unknown,

    Plaintiffs,

v.

PIRON, LLC, STEVE HANNAH, CRAIG MONROE, REYNOLDS QUALITY INSTALLATIONS, LLC RODERICK REYNOLDS JR., AERO COMMUNICATIONS, INC, and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Michigan for-profit company, and owners of said Michigan for-profit company,

    Defendants.

Case No. 4:17-cv-11012

Hon. Linda V. Parker

Magistrate Judge David R. Grand

_____/

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

On October 24, 2018, the parties engaged in a settlement process with Magistrate Judge Grand acting as Mediator and Settlement Judge; the parties reached a resolution acceptable to all of them and Magistrate Judge Grand;

This order having been stipulated to by counsel for all parties, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the Court approves the settlement reached by the parties;

IT IS HEREBY FURTHER ORDERED that this case be, and the same hereby is, dismissed with prejudice and without costs or attorneys' fees to any party. The Court shall retain Jurisdiction to enforce the terms of the settlement agreement by entry of a Judgment on an ex-parte motion of Plaintiff, and or its contempt authority.

> s/ Linda V. Parker
> LINDA V. PARKER
> U.S. DISTRICT JUDGE

Dated: April 12, 2019

Approved:

| | |
|---|---|
| THE LAW OFFICES OF<br>BRYAN YALDOU, PLLC | KIENBAUM OPPERWALL HARDY<br> & PELTON, P.L.C. |
| By: s/*Bryan Yaldou (w/consent)*<br>    Bryan Yaldou (P70600)<br>    Omar Badr (P70966)<br>Attorneys for Plaintiffs<br>23000 Telegraph, Suite 5<br>Brownstown, MI 48134<br>(734) 692-9200<br>bryan@yaldoulaw.com<br><br>Dated:  January 22, 2019 | By:  s/*Eric J. Pelton*<br>    Eric J. Pelton (P40635)<br>    Attorneys for Defendant Comcast<br>280 N. Old Woodward Ave., Ste. 400<br>Birmingham, MI  48009<br>(248) 645-0000<br>epelton@kohp.com<br><br>Dated:  January 22, 2019<br><br>CLARK HILL, PLC |

        By: s/*Ellen Hoeppner (w/consent)*
         Daniel J. Bretz (P34334)
         Ellen Hoeppner (P73831)
      Attorneys for Defendant Aero
      500 Woodward Ave., Ste. 3500
      Detroit, MI  48226-3435
      (313) 965-8300
      dbretz@clarkhill.com
      ehoeppner@clarkhill.com

      Dated:  January 22, 2019